No. 1015. CHENILLE MANUFACTURING Co., INC., ET AL. *v.* SCHIFRIN. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second

Circuit denied. *Mr. Robert J. Blum* for petitioners. *Mr. Meyer Schifrin* for respondent.